IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AL-PINE, | No. C 18-3497 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SCOTT HARRIS, | |
| Defendant. | |

Plaintiff, a California prisoner proceeding pro se, filed this civil action on June 12, 2018. On the same day, the clerk notified plaintiff that he must submit either the filing fee or a completed application to proceed in forma pauperis ("IFP"). Along with this notice, the clerk mailed to plaintiff an IFP application, instructions, and a stamped return envelope. The notice informed plaintiff that the case would be dismissed if he did not either pay the fee or file the completed IFP application within 28 days. No response has been received. As more than 28 days have passed and plaintiff has not filed a completed IFP application, paid the filing fee, shown cause why not, or requested an extension of time to do so, this case is **Dismissed** without prejudice.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: July 20, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE